# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT JOHNSON,

Appellant,

vs.

BRIAN WILLIAMS, WARDEN,

Respondent.

No. 73141

**FILED**

AUG 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on January 5, 2017. The district court served notice of entry of that order on appellant on January 17, 2017. Appellant did not file the notice of appeal, however, until May 22, 2017, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

17-28648

cc: Hon. Linda Marie Bell, District Judge
Brent Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk